E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

# Ex. A

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **BEATRICE KING** CV 01-D-1346-N (M.D. Ala.)

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Donald H. Marks, M.D., Ph.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $300.00 per hour.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. I also conducted a telephonic interview with Ms. Beatrice King. I understand that there may be other records for this patient beyond those which I have reviewed:

   a. Prescription Profile-Hayes Drug

   b. Vaughan-Chilton Medical Center

   c. Dr. Ritky C. Dy Medical Clinic

   d. Chilton Medical Center

   e. Shelby Baptist Medical Center



PLAINTIFF'S EXHIBIT A

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Myalgia

b. Statin-Induced Myopathy

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

f. The clinical presentation.

g. The medical records.

h. The temporal relatedness of the myalgias to statin use, and resolution when the medication was discontinued.

i. The known potential of Baycol to cause myalgias.

j. The mechanism of action of Baycol.

k. The opinions of the treating physician.

l. Articles from the medical literature on adverse events occurring as a result of Baycol.

m. My experience as a pharmaceutical industry medical safety officer.

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

n. My experience having reviewed over a thousand clinical cases of potential medication adverse events.

o. My experience as a clinical researcher developing medications.

p. The absence of a more likely alternative explanation.

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: May 17, 2004

Donald H. Marks

NAME: Donald H. Marks, M.D., Ph.D.

ADDRESS: 210 Lorna Square, PMB 192
Hoover, Alabama 35216

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

# CURRICULUM VITAE

**NAME:** DONALD HARVEY MARKS, M.D., Ph.D., FACP
**ADDRESS:** 210 Lorna Square, PMB 192, Hoover, AL 35216
**BIRTHDATE:** 27 June 1949
**BIRTHPLACE:** Buffalo, New York
**CITIZENSHIP:** United States of America

**Office**: 1-205-682-7389 **FAX**: 1-603-372-4813 **e-mail:** DHMarks@Yahoo.com

## PHARMACEUTICAL INDUSTRY EXPERIENCE

**EXTANT Medical Legal Consulting, LLC** Principal, 1997 to present,
Medical consulting on pharmaceutical industry and drug adverse effect issues

**Southern Clinical & Regulatory, LLC**, President, 1997 to present.
A contract clinical research and regulatory affairs organization.

**Emerging Technology Partners**, Nov 1997 to Jan 2000, the biotech division of Economic Development Partnership of Alabama, Senior Vice President, Clinical Research and Regulatory Affairs.

**Immunomedics**, Inc., Morris Plains, NJ 7-96 to 1-97; Vice President, Clinical Research
Director, Departments of Medical Research and Clinical Data Management Programs:

**PerImmune, Inc.**, Rockville, MD 7-95 to 7-96
Director, Departments of Medical Research, Regulatory Affairs and Clinical Data Management Clinical Programs:

**Connaught Pasteur Merieux (now Aventis Pasteur)**, Director, Clinical Research, Swiftwater, PA, 3-91 to 7-95

**Hoffmann-La Roche,** Associate Director Anti-bacterials 1-89 to 3-91

### Clinical Practice of Medicine

- Internship and Residency 1980 to 1983.
- Medical Staff, Letterman Army Hospital, 1984-1987.
- Private Practice, Internal Medicine 7-87 to 12-88
- Dotoli Medical Group, Nutley, NJ 1989-1991
- Dover Community Clinic, NJ, 1992-1999
- Trace Crossings Medical Clinic, Hoover, AL, 2002 to present.

### Clinical Research Experience

- USAF Medical Center Keesler, Clinical Research Laboratory, 6-80 to 6-83

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

- Letterman Army Institute of Research, Division of Blood Research, 6-83 to 6-87.
- Hoffman La Roche, Connaught, Immunomedics, PerImmune, as outlined above
- Emerging Technology Partners, Vaxin, and Tranzyme, as outlined above
- Southern Clinical & Regulatory

**FDA Experiences:**

Annual reports, and protocol presentations to CBER, CDER, NIH and NCI
Outside inspections of IND's and NDA's for corporate partners
Preparation of PMAs and 510K for in-vitro diagnostic devices
Preparation of MAA and PLAs for radioimmunodiagnostic agents and ASI
Preparation of INDs.

**UNDERGRADUATE EDUCATION**

1968-1971 - Santa Monica College
1970-1972 - California State University, San Bernardino, (B.A., December, 1972)

**GRADUATE EDUCATION**

1972-1973 - University of California, Riverside, Department of Plant Physiology
1973-1977 - University of California, Los Angeles, Department of Bacteriology, Ph.D. Microbiology, December 1977. Thesis Area: Comparative Immunology of Graft Rejection

**MEDICAL EDUCATION**

1976-1980 - University of California, Los Angeles, School of Medicine, (M.D., June 1980)
June 1980-June 1983 - Residency in Internal Medicine, USAF Medical Center, Keesler AFB, MS

**MILITARY EDUCATION**

Officers Candidate School, June 1976
Medical Indoctrination for Medical Service Officers, June 1980
Air Command and Staff College, graduate, June 1984
Biological Warfare Course

**LICENSURES AND CERTIFICATION**

National Board of Medical Examiners #234173, July 1, 1981
Diplomat, American Board of Internal Medicine 9-13-1989
State: Alabama 23209, exp 31 Dec 04
DEA: BM5726661, exp. 1-31-07
New Jersey MA53574, 6-30-04
Mississippi # 9518; exp. 30Jun04
New York 180133-1; exp. 5-31-04

**PROFESSIONAL ORGANIZATIONS**

American College of Physicians, FELLOW
American Academy of Pharmaceutical Physicians,
Regulatory Affairs Professional Society
Drug Information Association

E-SERVED 07/29/04 10:01 AM ET Baycol MDL 1431

Jefferson County Medical Society
Medical Association of the State of Alabama
American Society of Microbiology

**Hospital Affiliations:**
Brookwood Medical Center, Birmingham, Alabama

**Patents:**
US 06706693, 2004-03-16, De-Chu Tang, Donald H. Marks, et al. Vaccination by Topical Application of Genetic Vectors.

US 6348450, February 19, 2002. De-Chu Tang, Donald H. Marks, et al. Noninvasive genetic immunization, expression products therefrom and uses thereof.

**PUBLICATIONS**

1. Marks DH: Aeromonas hydrophila in the coelomic cavity of the earthworms Lumbricus terrestris and Eisenia foetida. J.Invert.Path. 29:382-383, 1977.

2. Toupin J, Marks DH, Cooper EL, Lamoureux G: Earthworm coelomocytes in vitro. In Vitro. 13(4):218-222, 1977.

3. Linthicum DS, Marks DH, Stein EA, Cooper EL: Graft rejection in earthworms: An electron microscopic study. Europ. J. Immunol. 7(12):871-876, 1977.

4. Linthicum DS, Stein EA, Marks DH, Cooper EL: Electron microscopic observations of normal coelomocytes from the earthworm, Lumbricus terrestris. Cell and Tissue Research 185:315-330, 1977.

5. Marks DH, Stein EA, Cooper EL: Chemotactic attraction of Lumbricus terrestris coelomocytes to foreign tissue. Developmental and Comparative Immunology 3:277-285, 1979.

6. Marks DH, Stein EA, Cooper EL: Acid phosphatase changes associated with response to foreign tissue in the earthworm Lumbricus terrestris. Comp. Dev. and Physiol. 64A:681-683, 1981.

7. Stein EA, Marks DH, Cooper EL: Lack of acid phosphatase release during in vitro phagocytosis by coelomocytes of the earthworm, Lumbricus terrestris. J. Invert. Path. 9:116-118, 1982.

8. TenEyck R, Schaerdel AD, Lynett JE, Marks DH, et al: Stroma-free methemoglobin solution as an antidote for cyanide poisoning. A preliminary study. Clinical Toxicology 21(3):343-358, 1984.

9. Marks DH, et al: Pelvic hematoma after intercourse while on chronic anticoagulation. Annals of Emergency Medicine 13:554-556, 1984.

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

10. Marks DH, Patressi J, Chaudry IH: Effect of pyridoxalated stabilized stroma-free hemoglobin solution on the clearance of intravascular lipid by the reticuloendothelial system. Circulatory Shock 16:165-172, 1985.

11. Marks DH, et al: Pyridoxalated polymerized stroma-free hemoglobin solution for hemorrhagic shock in dogs. Military Med. 152(5):265-271, 1987.

12. Marks DH, et al: Antibody Response to Transfusion With Pyridoxalated glutaraldehyde-treated Hemoglobin Solution. Mil Med 152(9):473-477, 1987.

13. Marks DH, Hou KC: Removal of bacteria from blood. Military Med. 152:156-160, 1987.

14. Marks DH, et al.: Optimization of synthesis of pyridoxalated polymerized stroma-free hemoglobin solution. Mil Med 153:44-49, 1988.

15. Marks DH et al: Efficiency of Antibacterial Membrane and effect on Blood Components. Mil Med 153(7):337-340, 1988.

16. Davidson IJA, Drukkerr S, Hedlund B, Marks DH et al: Deleterious Effects of Stroma-free Hemoglobin Used As Resuscitative Fluid For Rats With Ischemic Intestinal Shock. Crit Care Med 16(6):606-609, 1988.

17. Marks DH et al: Removal of Bacteria From Blood By Charcoal Hemoperfusion. J. Biomaterials, Artificial Cells and Artificial Organs. 16(1-3):135-140, 1988.

18. Moore GL, Marks DH, et al: Ascorbate-2-phosphate in Red Cell Preservation: Clinical Trials and Active Components. Transfusion 26(3):221-225, 1988.

19. Marks DH, et al.:Effect of Polymyxin B on in vivo hepatoxicity of hemoglobin. Mil Med 154(4):180-184, 1989.

20. Keller, D, Koster, FT, Marks, DH et al.:Safety and Immunogenicity of a Recombinant Outer Surface Protein A Lyme Vaccine. JAMA, June 8, 94, p 1764-1768.

21. Sigal LH, Zahradnik JM, Lavin P, Patella SJ, Bryant G, Haselby R, Hilton E, Kunkel M, Adler-Klein D, Doherty T, Evans J, Molloy PJ, Seidner AL, Sabetta JR, Simon HJ, Klempner MS, Mays J, Marks D, Malawista SE A vaccine consisting of recombinant Borrelia burgdorferi outer surface protein A to prevent Lyme disease. Recombinant Outer-Surface Protein A Lyme Disease Vaccine Study Consortium. N Engl J Med (1998 Jul 23) 339(4):216-22

22. Kanesa-thasan N, Smucny JJ, Hoke CH, Marks DH, Konishi E, Kurane I, Tang DB Vaughn DW, Mason PW, Shope RE. Safety and immunogenicity of NYVAC-JEV and ALVAC-JEV attenuated recombinant Japanese encephalitis virus--poxvirus vaccines in vaccinia-nonimmune and vaccinia-immune humans. Vaccine (2000 Oct 15) 19(4-5):483-91

**ABSTRACTS AND RESEARCH REPORTS**

E-SERVED 07/29/04 10:01 AM ET Baycol MDL 1431

1. Marks DH: Biochemical changes accompanying graft rejection and wound healing in the earthworm Lumbricus terrestris. Federation Proc.35:277 (Abstract), 1976.

2. Marks DH: Effect of graft rejection and wound healing on coelomocyte enzymatic activity in the earthworm Lumbricus terrestris. American Zoologist 16(2):251, 1976 (Abstract).

3. Marks DH, Stein EA, Cooper EL, Ramirez JA: Accelerated graft rejection in earthworm: Immunologic Memory? Research Report, Dept. of Anatomy, School of Medicine, University of California, Los Angeles, 1977.

4. Marks DH: Stroma-free hemoglobin solution as a blood substitute, Society Air Force Physicians, Sacramento, California (Abstract), 1982.

5. Marks DH: Stroma-free hemoglobin solution as a blood substitute. Society of Air Force Physicians, San Antonio, Texas (Abstract), 1983.

6. Marks DH: Pyridoxalated polymerized stroma-free hemoglobin solution for hemorrhagic shock. Advances in Blood Substitute Research. Ed. RB Bolin et al. Alan R. Liss, Inc., New York, pp. 433, 1983.

7. Marks DH: Stroma-free hemoglobin solution as a blood substitute. Society of Air Force Physicians, Colorado Springs, Colorado (Abstract), 1984.

8. Ottinger, W., Marks DH, et al: Large scale production of pyridoxalated polymerized stroma-free hemoglobin solution. USAF Medical Center Keesler, Clinical Research Lab Institute Report, 1986.

9. Marks DH, Medina F: Removal of bacteria from blood: Efficacy. Abstract for presentation at Am Society of Hematology meeting 12-86; Published in Blood 68(5, Supp.1):300a, 1986.

10. Moore GL, Ledford ME, Marks DH: Clinical trials of an optimized additive solution for red cell storage which also preserves 2,3-DPG. Transfusion, Dec 1986.

11. Marks DH, Medina F: Removal of bacteria from blood: Efficacy. Abstract for presentation at Society for Air Force Physicians Meeting 3-87.

12. Marks DH, Medina F: Effect of Polymyxin B on in vivo hepatoxicity of hemoglobin. Abstract for presentation at International Symposium for Blood Substitutes, Montreal 5-87.

13. Marks DH et al. Clinical Studies in Humans of Outer Surface Protein A Vaccine for Lyme Disease. Abstract of presentation at VI International Conference on Lyme Borreliosis, Bologna, Italy, June 19, 1994.

14. Kanesa-Thasan N, Smucny JJ, Marks DH, Hoke CH Jr. Phase 1 Trial of NYVAC and ALVAC Recombinant Poxvirus - Japanese Encephalitis Virus vaccines. Presented at the Am Soc Tropical Medicine and Hygiene, Cincinnati, Nov 94.

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

15. Marks DH, Hosbach P, Meschievity CK. Design Issues for Clinical Trials of Vaccine for Lyme Disease, Presented at Symposium on the Therapy and Prophylaxis for Lyme Borreliosis, Portoroz, Slovenia, 13-16 May 95.

E-SERVED 07/29/04 10:01 AM ET Baycol MDL 1431



| Date | Depo | | | |
|---|---|---|---|---|
| 1/1/95 | Fichter vs Wormser, and Gambino vs. Wormser, Lymerix vaccine injury, Supreme Court, Westchester County, NY index number 14379 /95. | | | |
| 3/9/00 | Mark Miller and Cherly Miller vs Pfizer. Zoloft causing suicide, US District Court, Kansas, Cause # 99-2326 KHV | | | |
| June, 00 | Crystal Gerst vs SSM Health Care, Cardinal Glennon Children's Hospital, Circuit Court, St. Louis, Cause # 982-428, Division 1 | | | |
| 4/1/00 | Donald Wills vs. Hoffmann-La Roche (Posicor), Blount County, AL Circuit Court case # 99-013, BHM | | | |
| July 9 and August, 2001 | Carolyn Silas et al vs AHP (Fen Phen), Civil Action # 98-20325, MDL 1203; BHM | | | |
| 7/1/01 | Motus vs Pfizer (Zoloft), Atlanta | | | |
| | Tobin et al and Schell et al vs. Smithkline Beecham Pharmaceuticals (Paxil causing homicide and suicide) | | | |
| 10/5/01 | Michael Paul Smith vs. Montclair Orthopedic Surgeons (misuse of MRI device), Circuit Court, Jefferson County, Alabama, civil action CV-99-5691. | | | |
| 12/7/01 | Coburn vs. SKB (Paxil suicide) | | | |
| | Sandra Collins and Carl Collins vs. Memorial Herman Hospital System dba Memorial Hospital of the Woodlands, and Alan J. Hubbard, MD, and Michael Levine, MD in the 190th Judicial District Court of Harris County, Texas. Cause No. 2000-11158. | | | |
| 2/1/02 | Carla Gray vs. Roche (Accutane), Eastern District Oklahoma Case No. CIV-01-493-S | | | |
| 10/29/02 | Mark and Donna Taylor vs Solvay Pharmaceuticals (Luvox)), US District Court, Colorado, Civil Action No. 01-WY-2076-CB (PAC). | | | |
| | Joel K. Melancon v. St. Elizabeth Hospital, et al, (Floxin), 172nd Judicial District Court, Jefferson County, Texas, Cause No. E-163, 484 | | | |
| 1/23/03 | Scher vs. Bayer (anti-D antibody). | | | |
| 2/11/03 | Shirley Kemp et al vs. Metabolife International (Ephedra) and Mike Ellis, Civil Action 00-3513, Eastern District of Louisiana, US District Court. | | | |
| 2/26/03 | Maze vs. HealthSmart, Inc. (Ginkgo), et al. United States District Court for the Southern District of Indiana, Indianapolis Division, Cause No: IP01-0180 C B/S, BHM | | | |
| 4/9/03 | Chris Kopf vs SKB, BHM | | | |
| 5/16/03 | State of Indiana, County of Kosciusko, Cause 43C01-0205-MR-070, vs Jason Paul Davidson, BHM | | | |
| May 28 and July 17, 03 | Melvin Novak vs. Bayer (Cipro), Baltimore, MD. | | | |
| 6/5/03 | Christopher Veal vs. Smithklein Vaccines (Lymerix). Philadelphia. | | | |
| June 9 and 10, 03 | Martinez and Cardenas v Bayer (PPA, Alka Seltzer Plus). Dallas, TX. | | | |
| June 12-13, 03 | Seven Lymerix recipients v Smithklein Vaccines (Lymerix), Philadelphia, PA. | | | |
| 7/9/03 | Calcaterra and Freeland vs Merck (VIOXX cases), US District Court, Southern Illinois, No. 02-142-GPM, St. Louis, MO. | | | |
| 8/13/03 | Jessica Kerr vs. Smithklein Vaccines (Lymerix arbitration). Philadelphia | | | |
| 8/18/03 | Jeanne Fedon vs. Smithklein Vaccines (Lymerix arbitration). Philadelphia. | | | |
| 8/27/03 | Pina Howell vs. J&J, Propulsid, BHM | | | |
| 9/11/01 | Physical examination of persons exposed to PCB. BHM | | | |
| 9/22/03 | Novak, Levaquin | | | |
| 9/23/03 | Weber, Lymerix | | | |
| 9/25/03 | Villareal vs. Capital Discount Nutrition, Chicago. | | | |
| 10/29-30/2003 | Frye, Vinyl Chloride, Hoover, Alabama | | | |
| 11/18/03 | Baumle vs McNeal, St. Louis | | | |
| 12/17/03 | Villareal vs. Capital Discount Nutrition, Chicago, part 2 | | | |
| 1/14/04 | Jeannie Stewart PPA | | | |
| 1/23/04 | PCB | | | |
| 1/26/04 | Rowles / Remicade | | | |
| 1/29/04 | Gajewski ICH SOC | | | |
| 2/12/04 | McCauley v Purdue | | | |
| 3/4/04 | Fierro v Aventis Pasteur, YF-Vax | | | |
| 3/8/04 | Derkits vs Meridiane Medical, EpiPen | | | |
| 4/20/04 | Bromer Lymerix arbitration | | | |
| 4/21/04 | Hem | | | |
| 4/22/04 | Bracken | | | |
| 5/4/04 | Slattery | | | |
| | | | | |
| | | | | |

E-SERVED 07/29/04 10:01 AM ET Baycol MDL 1431



| Trial Date | Trial Testimony | | | |
|---|---|---|---|---|
| 6/7/00 | Crystal Gerst vs SSM Health Care, Cardinal Glennon Children's Hospital, Circuit Court, St. Louis, Cause # 982-428, Division 1 | | | |
| 6/1/00 | Alfred Quijano, Sr. vs USA, Contaminated Blood transfusion, No. SA-98-CA-1076-FB | | | |
| 5/24/01 | SCHELL vs.SKB Defendant. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING. Civil action # 00-CV-025D; Depo and trial (6-2001). Suicide and homicide after Paxil.. | | | |
| | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA TULSA DIVISION CIVIL ACTION NUMBER CV 01-4993-S; CARLA GRAY PLAINTIFF(S) VS. HOFFMANN-LA ROCHE, INC., ET AL. DEFENDANT(S); April 1-2, 2002. | | | |
| 3/4/02 | Sandra Collins, Gallbladder surgery, Houston. | | | |
| 12/10/02 | People vs. Bernard Sorrentino, Jr., Cayuga County Court, NY, Auburn, NY, December 10, 2002. | | | |
| 7/28/03 | Presentation on adverse neuropsychiatric effect of medication (Prozac), at sentencing hearing of Trevor Mishler, Colorado Springs, CO | | | |
| 8/24/03 | Presentation on adverse neuropsychiatric effects and interactions of medications, Sentencing Hearing of John Troy, Sarasota, FL | | | |
| 9/5/03 | Presentation on adverse neuropsychiatric effects and interactions of medications, Trial of Jason Paul Davidson, Moscow, IN. | | | |
| 5/5/04 | Baumle tylenol death | | | |
| | | | | |
| | **Presentations:** | | | |
| | | | | |
| 6/2/01 | ATLA: The Pharmacology and Regulatory Process of Ephedra | | | |
| | | | | |
| 1/22/02 | Presentation to FDA Office of Vaccine Research and Review, Lynerix Adverse Effects. [Lymerix withdrawn end of Feb, 02] | | | |
| | | | | |
| 3/12-13/04 | Mealey's PPA & Ephedra Litigation Conference, March 12-13, 2001. Philadelphia. The FDA Regulations Relating to OTC. Herbal Remedies and Prescription Drugs. Part II. | | | |
| | | | | |
| 2/18-19/02 | Mealey's Vaccine Litigation Conference: March 18-19, 2002, Philadelphia. Thimerosal, and Adverse Event Reporting Handled by Vaccine Manufacturers. | | | |
| | | | | |
| 5/10-11/02 | Neuropsychiatric Effects of Accutane, Depression, Seizures, Psychosis & Suicide, May 10-11, 2002, Birmingham, AL. | | | |
| | | | | |
| 10/4-5/02 | Neuropsychiatric Effects of SSRI Drugs. Seizures, Psychosis & Suicide, October 4-5, 2002, Philadelphia, PA | | | |
| | | | | |
| 1/22/02 | Adverse Event Profile on Lyme Vaccine, to FDA, Jan 22, 02. | | | |
| | | | | |
| 3/2/04 | Medication Adverse Effects. Scientific Session, Medical Association of the State of Alabama, 3-02. | | | |
| | | | | |
| 7/10/02 | Medication Errors and Drug Adverse Effects, Medical Staff Meeting, Brookwood Hospital, Birmingham, AL. July 10, 2003. | | | |
| | | | | |
| 2/2/04 | AE Effects SSRI Drugs, FDA Psychopharmacologic Drugs Advisory Committee Pediatric Subcommittee of the Anti-Infective Drugs Advisory Committee | | | |

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

Ex. B

E-SERVED 07/29/04 10:01 AM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

A. David Fawal, Esq.
Law Offices of Archie C. Lamb, Jr.
2017 Second Avenue North, Suite 200
P.O. Box 2088

Re: *Beatrice King v. Bayer*, No. 02-0123
PTO 114 § I.A. Submission of Beatrice L. King

Dear Mr. Fawal:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

CH1 2919086v1

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

# Ex. C

E-SERVED
07/29/04
10:01 AM ET
Baycol MDL 1431

archie lamb
Law Offices of Archie Lamb, LLC

July 7, 2004

**VIA FACSIMILE AND US MAIL**

Mr. James W. Mizgala
Sidley, Austin, Brown & Wood, LLP
Bank One Plaza
10 S. Dearborn Street
Chicago, Illinois 60603

**RE: Beatrice King v. Bayer AG, et al**

Dear Mr. Mizgala:

Thank you for your letter of July 1, 2004, regarding the above referenced matter. As I understand it, the defendants claim that Ms. King's submission of an expert report from Dr. Marks does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2). Not surprisingly, you provide no basis for defendants' position, leading me to the inescapable conclusion that defendants' position is simply incorrect. In fact, even a cursory review of Fed. R. Civ. P. 26(a)(2) shows that Dr. Marks' report complies fully. If you care to identify the purported deficiencies, I will be happy to address them.

Sincerely,

LAW OFFICES OF ARCHIE LAMB, LLC

A. DAVID FAWAL

ADF/cdl
cc: Mr. F. M. Haston, III
Ms. Susan A. Weber
Mr. Fred T. Magaziner
Ms. Deanna D. Dailey
Mr. Ron Goldser

2017 2nd Ave. North
P.O. Box 2088
Birmingham, AL 35201
Tel. 205-324-4644
Fax. 205-324-4649
1-800-324-4425
www.archielamb.com