E-SERVED
01/18/05
04:17 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **BEATRICE KING** 02-CV-123

**NOTICE OF SERVICE OF CASE SPECIFIC EXPERT REPORT, PURSUANT TO PTO 131**

**COMES NOW** Plaintiff Beatrice King in the above referenced matter, by and through undersigned counsel, and hereby gives notice of service of her Case Specific Expert Report, as amended pursuant to PTO 131.

Dated this 18th day of January 2005.

A. David Fawal
Attorney for the Plaintiff

**OF COUNSEL:**

LAW OFFICES OF ARCHIE LAMB, LLC
P.O. Box 2088 (35201)
2017-2nd Avenue North, Suite 200
Birmingham, AL 35203
(205) 324-4644 Telephone
(205) 324-4649 Facsimile

E-SERVED
01/18/05
04:17 PM ET
Baycol MDL 1431

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon counsel for all parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Mr. F. M. Haston, III
Mr. James W. Gewin
Mr. John David Owen
Bradley, Arant, Rose & White, LLP
2001 Park Place, Suite 1400
Birmingham, AL 35203

Ms. Susan A. Weber
Sidley, Austin, Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL 60603

Mr. Fred T. Magaziner
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103

Ms. Deanna D. Dailey
Larson King, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101

This the 18th day of January, 2005.

OF COUNSEL