UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **BEATRICE KING** 02-CV-123

---

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

---

COMES NOW, A. David Fawal, one of the counsel of record for Plaintiff, Beatrice King, and moves this Court for leave to withdraw from this matter. As cause, counsel states:

1. A. David Fawal will no longer be employed by The Lamb Firm, LLC.

2. The plaintiff will continue to be represented by Archie Lamb, Chris W. Cantrell and Dana R. Dachelet of the same firm.

WHEREFORE, PREMISES CONSIDERED the undersigned counsel of record requests this Honorable Court to enter an Order allowing A. David Fawal to withdraw as counsel of record for the plaintiff. A proposed order for the Court is attached hereto.

Respectfully submitted, this the **1st** day of **May**, 2006.

**/s/ A. David Fawal**
A. David Fawal (Bar No. ASB-4593-W82A)
Attorney for Plaintiffs
THE LAMB FIRM, LLC

P.O. Box 2088
Birmingham, Alabama 35201
Telephone: (205) 324-4644
Fax: (205) 324-4649
dfawal@archielamb.com

**OF COUNSEL:**

***THE LAMB FIRM, LLC***
2017 Second Avenue North, Suite 200 (35203)
P.O. Box 2088
Birmingham, Alabama 35201
(205) 324-4644
(205) 324-4649 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. F. M. Haston, III
Mr. James W. Gewin
Mr. John David Owen
Bradley, Arant, Rose & White, LLP
2001 Park Place, Suite 1400
Birmingham, AL 35203

Ms. Susan A. Weber
Sidley, Austin, Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL 60603

Mr. Fred T. Magaziner
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103

Ms. Deanna D. Dailey
Larson King, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101

This the 1st day of May, 2006.

**/s/ A. David Fawal**
A. David Fawal (Bar No. ASB-4593-W82A)
Attorney for Plaintiffs
THE LAMB FIRM, LLC
P.O. Box 2088
Birmingham, Alabama 35201
Telephone: (205) 324-4644
Fax: (205) 324-4649
dfawal@archielamb.com

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **BEATRICE KING** 02-CV-123

---

**ORDER**

---

The Court having considered the Motion to Withdraw as Counsel of Record, filed by A. David Fawal, presently counsel of record for plaintiff Beatrice King, said motion is due to be, and is hereby **GRANTED**. A. David Fawal is hereby withdrawn as counsel of record for Beatrice King.

Done this the ____ day of _______________, 2006.

_____________________
District Judge

cc: **All attorneys of record**