RECEIVED
JUN - 6 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **BEATRICE KING** 02-CV-123

---

**ORDER**

---

The Court having considered the Motion to Withdraw as Counsel of Record, filed by A. David Fawal, presently counsel of record for plaintiff Beatrice King, said motion is due to be, and is hereby **GRANTED**. A. David Fawal is hereby withdrawn as counsel of record for Beatrice King.

Done this the 6 day of June, 2006.

Michael J. Davis

District Judge

cc: **All attorneys of record**

SCANNED
JUN 07 2006
U.S. DISTRICT COURT MPLS