UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | : | **MDL No. 1431 (MDL)** |
| **This Document Relates to:** | : | |
| *Beatrice King v. Bayer AG, et al.* | : | Case No. 02-0123 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 149 and this Court's Order of April 25, 2006, and on the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

The above-captioned case is **DISMISSED WITH PREJUDICE.**

Dated: OCT 18 2006

The Honorable Michael J. Davis
United States District Court

SCANNED
OCT 18 2006
U.S. DISTRICT COURT MPLS